**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

UNDER SEAL COPY

Case Number: SACR18-00255 JVS   Defendant Number: 1
U.S.A. v. Mary Carole McDonnell   Year of Birth: 1951
[✓] Indictment  [ ] Information   Investigative agency (FBI, DEA, etc.): FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Beginning in at least June 2017
c. County in which first offense occurred: Orange
d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

[✓] Los Angeles    [ ] Ventura
[✓] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other _____

Citation of Offense: 18 U.S.C. § 1344(2); 18 U.S.C. § 1028A

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [✓] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes
IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: N/A
Case Number _____
Charging _____

The complaint: [ ] is still pending
[ ] was dismissed on: _____

**PREVIOUS COUNSEL**
Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?  [ ] Yes  [ ] No
This is the N/A superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No


FILED 2018 DEC 12 PM 3:57 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [ ] Male       [✓] Female
- [✓] U.S. Citizen   [ ] Alien

Alias Name(s): _____

This defendant is charged in:  [✓] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [✓] No
IF YES, should matter be sealed?  [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:
- [✓] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district:
_____

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
_____
d. [ ] Solely on this charge. Date and time of arrest:

_____

e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date    12/10/2018

Signature of Assistant U.S. Attorney
Vibhav Mittal
Print Name