

1  NICOLA T. HANNA
   United States Attorney
2  DENNISE D. WILLETT
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   VIBHAV MITTAL (Cal. Bar No. 257874)
4  Assistant United States Attorney
        8000 United States Courthouse
5       411 West Fourth Street
        Santa Ana, California 92701
6       Telephone:  (714) 338-3534
        Facsimile:  (714) 338-3708
7       E-mail:    vibhav.mittal@usdoj.gov



8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

                 UNITED STATES DISTRICT COURT
10
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,          No. SA CR 18- 00255 JVS

        Plaintiff,                     GOVERNMENT'S *EX PARTE* APPLICATION
13                                      FOR ORDER SEALING INDICTMENT AND
              v.                        RELATED DOCUMENTS; DECLARATION OF
14                                      VIBHAV MITTAL
   MARY CAROLE MCDONNELL,
15                                      **(UNDER SEAL)**
        Defendant.
16

17

18      The government hereby applies ex parte for an order that the

19  indictment and any related documents in the above-titled case (except

20  the arrest warrant for the charged defendant) be kept under seal

21  until the government files a "Report Commencing Criminal Action" in

22  this matter or notifies the Court that the defendant has been

23  arrested overseas.  Under the terms of the proposed sealing order,

24  the government and other law enforcement, including foreign

25  authorities, may disclose the indictment and any related documents,

26  as needed, to locate and arrest defendant overseas, including in any

27  extradition proceedings. .

28  //

1    This ex parte application is made pursuant to Federal Rule of

2  Criminal Procedure 6(e)(4) and is based on the attached declaration

3  of Vibhav Mittal.

4  Dated: December 12, 2018          Respectfully submitted,

5                                     NICOLA T. HANNA
                                      United States Attorney
6
                                      DENNISE D. WILLETT
7                                     Assistant United States Attorney
                                      Chief, Santa Ana Branch Office
8

9                                     _____/s/_____
                                      VIBHAV MITTAL
10                                    Assistant United States Attorney

11                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF VIBHAV MITTAL

I, Vibhav Mittal, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.    I represent the government in the prosecution of United States v. Mary Carole McDonnell.    An indictment is being presented to a federal grand jury in the Central District of California on December 12, 2018 in this matter.

2.    The defendant charged in the above-captioned indictment has not been taken into custody on the charges contained in the indictment and has not been informed that she is being named as a defendant in the indictment to be presented to the grand jury on December 12, 2018.    The likelihood of apprehending defendant might be jeopardized if the indictment in this case was made publicly available before the defendant is taken into custody on the indictment.

3.    It is my understanding that the defendant is currently living in Dubai, United Arab Emirates, and has been there since on or about May 5, 2018.    According to the Federal Bureau of Investigation Special Agent leading this investigation ("the case agent"), the defendant was scheduled to return on June 5, 2018, but did not return to the United States.    The case agent had begun interviewing individuals related to this matter by late March 2018.

4.    It is my understanding that the United States and United Arab Emirates do not have an extradition agreement.    However, the government would like the ability to share the indictment and any related documents for use in any extradition proceedings relating to the defendant, in the event the defendant travels to a country where

1

1  the United States does have an extradition agreement in place.

2  Moreover, the government would like the ability to share the

3  indictment and any related documents to and by law enforcement

4  personnel, including foreign authorities, in connection with the

5  performance of their duties and for the purpose of locating or

6  arresting the defendant.  This may include the use of an INTERPOL Red

7  Notice and sharing the otherwise sealed materials with authorities in

8  the United Arab Emirates.

9      5.   Accordingly, the government requests that the indictment

10  and sealed documents in this case (except the arrest warrant) be

11  sealed and remain so until the defendant is taken into custody on the

12  charges contained in the indictment and the government files a

13  "Report Commencing Criminal Action" in this matter or notifies the

14  Court that the defendant has been arrested overseas.  For the reasons

15  stated earlier, the government would like the ability to disclose the

16  indictment and any related documents, as it deems necessary, for use

17  in any extradition proceedings and to and by law enforcement

18  personnel, including foreign authorities, to locate and arrest the

19  defendant overseas.

20      I declare under penalty of perjury under the laws of the United

21  States of America that the foregoing is true and correct and that

22  this declaration is executed at Santa Ana, California, on December

23  12, 2018.

25  VIBHAV MITTAL

2