

NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
VIBHAV MITTAL (Cal. Bar No. 257874)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3534
     Facsimile: (714) 338-3708
     E-mail:    vibhav.mittal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>MARY CAROLE MCDONNELL,<br><br>         Defendant. | No. SA CR 18-00255 JVS<br><br>[PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>(UNDER SEAL) |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrant which is not sealed), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter or notifies the Court that the defendant has been arrested overseas, except that the government may disclose these materials, as it deems necessary, (1) for use in any extradition proceedings relating to the defendant, and (2) to and by law enforcement personnel, including foreign authorities, in connection with the

performance of their duties and for the purpose of locating or arresting the defendant.

```
____12/6/18_____          _____KAREN E. SCOTT_____
DATE                             HONORABLE
                                 UNITED STATES MAGISTRATE JUDGE
```

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                 HONORABLE
                                     UNITED STATES MAGISTRATE JUDGE